IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00169-BNB

ROY ALBERT KAHN,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

ORDER ASSIGNING CASE

    After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, this case is being assigned to District Judge William J. Martinez, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Michael J. Watanabe.  *See* D.C.COLO.LCivR 8.2D.  Accordingly, it is

    ORDERED that this case shall be assigned to District Judge William J. Martinez, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Michael J. Watanabe.

    DATED February 24, 2012, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge