IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00169-WJM-MJW

ROY ALBERT KAHN,

Plaintiff(s),

v.

UNITED STATES OF AMERICA,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     In view of the receipt of payment concerning Receipt Number COX047130 (Docket No. 26), it is hereby

     ORDERED that the petitioner's Motion for Credit of Five Dollar Monthly Payment Towards Filing Fee (Docket No. 24) is denied as moot.

Date: June 27, 2012